IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, solely as successor in interest to Northbrook Excess and Surplus Insurance Company (formerly known as Northbrook Insurance Company),<br><br>    Plaintiff,<br>v.<br><br>7-ELEVEN, INC., formerly known as The Southland Corporation, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as The Aetna Casualty and Surety Company, VIGILANT INSURANCE COMPANY, and DOE COMPANIES 1-50,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | Case No. 3:19-cv-0552 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company ("Northbrook"), files this Notice of Voluntary Dismissal without Prejudice and respectfully shows the Court the following:

1.      On March 5, 2019 Northbrook filed a complaint against Defendants 7-Eleven, Inc., formerly known as The Southland Corporation, Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Company, Vigilant Insurance Company, and Doe Companies 1-50 (collectively, "Defendants").

2.      Defendants have not filed an answer or a motion for summary judgment in this matter.

3.   Plaintiff files this Voluntary Notice of Dismissal with the intention of dismissing this case under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice to refiling.

4.   Plaintiff requests the court dismiss claims brought against Defendants without prejudice.

Dated:  March 19, 2019

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON PLLC**

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@ctstlaw.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@ctstlaw.com
Vanessa Rosa-Kubik
Texas Bar No. 24081769
vrosa@ctstlaw.com
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone 214-691-6300
Facsimile  214-691-6311

-and-

Robert R. Anderson III (pro hac vice pending)
randerson@hsplegal.com
Daniel A. Waitzman (pro hac vice pending)
dwaitzman@hsplegal.com
**HUGHES SOCOL PIERS RESNICK & DYM, LTD.**
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
Telephone 312.580.0100
Facsimile  312.604.2635

**ATTORNEYS FOR DEFENDANT ALLSTATE INSURANCE COMPANY, SOLELY AS SUCCESSOR IN INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY KNOWN AS NORTHBROOK INSURANCE COMPANY**