## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY, solely as successor in interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company,** | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:19-CV-552-L** |
| **7-ELEVEN, INC.,f/k/a The Southland Corporation; TRAVELERS CASUALTY AND SURETY COMPANY f/k/a The Aetna Casualty and Surety Company; VIGILANT INSURANCE COMPANY; and DOE COMPANIES 1-50,** | § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 4), filed March 19, 2019.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no answer or summary judgment has been filed, no court order is required, and this action is **dismissed without prejudice** as a matter of course.  The court issues this order only because Allstate Insurance Company has so requested.

**It is so ordered** this 22nd day of March, 2019.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**